UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Amir Preisler | : | **Case No. 0:20-cv-61365** |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Regions Bank | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 16, 2021                                                          Respectfully Submitted,

                                                                                 */s/ Justin Zeig*
                                                                                 Justin Zeig, Esq.
                                                                                 **Zeig Law Firm, LLC**
                                                                                 3475 Sheridan St, Ste 310
                                                                                 Hollywood, FL 33021
                                                                                 justin@zeiglawfirm.com
                                                                                 Tel. 754-217-3084
                                                                                 Fax 954-272-7807
                                                                                 *Attorneys for Plaintiff*

## **Certificate of Service**

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 16th day of February 2021      Respectfully Submitted,

                 */s/ Justin Zeig*
                 Justin Zeig, Esq.