UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61365-CIV-SINGHAL

AMIR PREISLER,

    Plaintiff,

v.

REGIONS BANK,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiffs' Notice of Voluntary Dismissal with Prejudice (DE [18]).  The Court having reviewed the notice and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of February 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF